**Motion Granted; Abatement Order filed February 26, 2019**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

—————————

NO. 14-19-00112-CV

—————————

**SCZ RESOURCES, LLC, Appellant**

**V.**

**MULTIPLEX RESOURCES, INC., BRANDON L. GUILES, AND BLUEROCK ENERGY CAPITAL II, LLC, Appellees**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2014-38802**

## ABATEMENT ORDER

On February 20, 2019, the parties notified this court that the parties are attempting to settle the issues on appeal and requested that the appeal be abated for negotiation of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 19, 2019. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM